934 A.2d 684

JACQUELINE JOHNSON, PLAINTIFF–APPELLANT v.
REPUBLIC WESTERN INSURANCE COMPANY,
DEFENDANT–RESPONDENT.

Superior Court of New Jersey
Appellate Division

Amendment to Opinion November 8, 2007.

Before Judges COBURN, AXELRAD and R.B. COLEMAN.

*Drazin and Warshaw,* attorneys for appellant (*Steven L. Kessel,* on the brief).

*White, Fleischner & Fino,* attorneys for respondent (*Adam P. Stark,* on the brief)

PER CURIAM.

Our previously filed opinion, *Johnson v. Republic Western Ins. Co.*, 391 *N.J.Super.* 194, 195, 917 *A.*2d 803 (App.Div.2007), is amended to change the references in the first paragraph from New Jersey Transit to TCT Transit Co.